**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-1890 (RMC) |
| FOOD AND DRUG ADMINISTRATION, *et al.* | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE**

The parties have conferred and propose the following schedule concerning Plaintiff Apotex Inc.'s (Apotex) Motion For Temporary Restraining Order And/Or Preliminary Injunction, filed November 6, 2006:

- The Federal Defendants' Response brief shall be filed and served no later than **November 17, 2006.**

- Apotex's Reply brief shall be filed and served no later than **November 22, 2006**, provided that the Court is available for a hearing on Apotex's motion the week of November 27, 2006. In the event the Court is unavailable for a hearing the week of November 27, 2006, Plaintiff's Reply shall be filed and served no later than **November 27, 2006**, with a hearing to be scheduled the week of December 4, 2006 or as soon as the Court is able to hear the parties.

Given the emergency nature of this action, Apotex respectfully requests the earliest hearing date that the Court's schedule allows. Apotex further requests that a total of two (2) hours be allotted for argument. Federal Defendants take no position on whether a hearing

should be held and how much time should be allotted. The parties agree that any hearing will consist of argument only.

        A proposed order is filed herewith.

Dated: November 7, 2006.         Respectfully submitted,

        APOTEX INC.

        By:    /s/
        Arthur Y. Tsien, D.C. Bar No. 411579
        OLSSON, FRANK AND WEEDA, P.C.
        1400 16th Street, N.W., Suite 400
        Washington, D.C. 20036-2220
        (202) 789-1212
        (202) 234-3550 (facsimile)

        *Counsel for Apotex Inc.*

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

      I, Arthur Y. Tsien, HEREBY CERTIFY that on this 7th day of November 2006, a true and correct copy of the foregoing Motion and accompanying [Proposed] Briefing Schedule was served via electronic and first class mail upon the following:

>Andrew E. Clark
>U.S. Department of Justice,
>Office of Consumer Litigation
>Room 950 North
>1331 Pennsylvania Ave., NW
>Washington, D.C. 20004

                              /s/
                              Arthur Y. Tsien
                              *Counsel for Apotex Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 06-1890 (RMC) |

**[PROPOSED] BRIEFING SCHEDULE**

Finding that the parties have conferred and agreed, the Court enters the following schedule concerning Plaintiff's Motion For Temporary Restraining Order And/Or Preliminary Injunction, filed November 6, 2006:

The Federal Defendants' Response brief shall be filed and served no later than **November 17, 2006.**

Plaintiff's Reply brief shall be filed and served no later than **November __, 2006.**

A hearing on Plaintiff's motion shall be held on _____, 2006. The hearing will last no more than ___ hours.

**SO ORDERED**

_____        _____
United States District Judge                        Date