AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX INC.
150 Signet Drive
Weston, Ontario, Canada M9L 1T9

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration
Michael O'Leavitt
Andrew C. Von Eschenbach

CASE NUMBER:

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General of the United States of America
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Olsson, Frank & Weeda, P.C.
1400 16th. St. NW Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action                              Case 06-1890 RMC

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-6-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Forster | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _R. McDowell — mail room attendant at Depart. of Justice 950 Penn. Ave. N.W. Wash. D.C._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Nov 6 06_       _R. McDowell_
           Date              Signature of Server

_Michael Forster
1400 16th St. N.W.
Suite 400
Washington, D.C. 20036_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.