AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX INC.
150 Signet Drive
Weston, Ontario, Canada M9L 1T9

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration
Michael O'Leavitt
Andrew C. Von Eschenbach

CASE NUMBER:

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Olsson, Frank & Weeda, P.C.
1400 16th. St. NW Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action        Case 06: 1890 RMC

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11-6-06 |
| NAME OF SERVER (PRINT) Michael Forster | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 200 HHS Independence Ave.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): representative from Office of Sec. Leavitt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 6 06
           Date

Signature of Server

Michael Forster
1400 16th St. N.W. Suite 400
Washington, D.C. 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX INC.
150 Signet Drive
Weston, Ontario, Canada M9L 1T9

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration
Michael O'Leavitt
Andrew C. Von Eschenbach

CASE NUMBER:

TO: (Name and address of Defendant)

Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Olsson, Frank & Weeda, P.C.
1400 16th. St. NW Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action       *Case 06-1890 RMC*

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *November 7, 2006* |
| NAME OF SERVER *(PRINT)* *BOBBY SCHOCHET* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Signed for by June Ramsey, Program Support Specialist for FDA, 5600 Fishers Lane, Rockville, Md.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *Nov 7 2006*       *Bobby Schochet*
            Date                  Signature of Server

*Olsson, Frank & Weeda*
*1400 16th St. N.W. Suite 400*
Address of Server
*Washington, DC. 20036*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

APOTEX INC.
150 Signet Drive
Weston, Ontario, Canada M9L 1T9

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration
Michael O'Leavitt
Andrew C. Von Eschenbach

CASE NUMBER:

TO: (Name and address of Defendant)

Andrew C. Von Eschenbach
Acting Commissioner of Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Y. Tsien, Esq.
Olsson, Frank & Weeda, P.C.
1400 16th. St. NW Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action      Case 06-1890 RMC

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 7, 2006 |
| NAME OF SERVER (PRINT) BOBBY SCHOCHET | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Signed for by June Raney Program Support Specialist for Andrew C. Von Eschenbach Commissioner for FDA 5600 Fishers Lane

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | | 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 7 2006
Date

Signature of Server: Bobby Schochet

Address of Server: 1400 16th St. N.W. Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.