IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

APOTEX INC.

    Plaintiff

  v.                                                            Case No. 06-1890 (RMC)

FOOD & DRUG ADMINISTRATION, et al,

    Defendants,

  and

DR. REDDY'S LABORATORIES, LTD.,
7-1-27 Ameerpet
Hyderabad, 500 016 India

    and

DR. REDDY'S LABORATORIES, INC.
200 Somerset Corporate Blvd., 7th Floor
Bridgewater, New Jersey 08807

    Proposed Intervenors-Defendants.
_____

To the Clerk of this court and all parties of record:

    Please enter the appearance of John Longstreth as counsel in this case for

Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

| November 13, 2006 | /s/ |
|---|---|
| Date | Signature |
| 367047 | John L. Longstreth |
| BAR IDENTIFICATION | Print Name |
| | 1735 New York Ave, NW |
| | Address |
| | Washington, DC 20006 |
| | City  State  Zip Code |
| | 202-628-1700 |
| | Phone Number |