**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| APOTEX INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 06-1890 (RMC) |
| | ) | |
| FOOD & DRUG ADMINISTRATION, et al, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DR. REDDY'S LABORATORIES, LTD., | ) | |
| 7-1-27 Ameerpet | ) | |
| Hyderabad, 500 016 India | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DR. REDDY'S LABORATORIES, INC. | ) | |
| 200 Somerset Corporate Blvd., 7th Floor | ) | |
| Bridgewater, New Jersey 08807 | ) | |
| | ) | |
| Proposed Intervenors-Defendants. | ) | |

_____)

To the Clerk of this court and all parties of record:

Please enter the appearance of Brian K. McCalmon as counsel in this case for

Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.


| | |
|---|---|
| _November 13, 2006_ | _____/s/_____ |
| Date | Signature |
| _461196_ | _Brian K. McCalmon_ |
| BAR IDENTIFICATION | Print Name |
| | _1735 New York Ave, NW_ |
| | Address |
| | _Washington, DC 20006_ |
| | City          State          Zip Code |
| | _202-628-1700_ |
| | Phone Number |