IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APOTEX INC.                                 )
                                            )
        Plaintiff                           )
                                            )
        v.                                  )   Case No. 06-1890 (RMC)
                                            )
FOOD & DRUG ADMINISTRATION, et al,          )   Judge Rosemary M. Collyer
                                            )
        Defendants,                         )
                                            )
        and                                 )
                                            )
DR. REDDY'S LABORATORIES, LTD.,             )
7-1-27 Ameerpet                             )
Hyderabad, 500 016 India                    )
                                            )
        and                                 )
                                            )
DR. REDDY'S LABORATORIES, INC.              )
200 Somerset Corporate Blvd., 7th Floor     )
Bridgewater, New Jersey 08807               )
                                            )
        Proposed Intervenors-Defendants.    )
_____)

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Brian K. McCalmon, a member in good standing of the bar of this Court and attorney for Proposed Intervenors-Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (together, "DRL"), respectfully moves this Court, pursuant to Local Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, for the admission of Attorneys Bruce D. Radin, Andrew J. Miller and Stuart D. Sender as visiting attorneys to represent DRL in the above-captioned action, and in support of this motion states:

1. Attorneys Radin, Miller and Sender are partners with the law firm of Budd Larner, P.C., 150 John F. Kennedy Pkwy, Short Hills, New Jersey 07078-2703, (973)

379-4800; fax (973) 379-7734; email: bradin@budd-larner.com, amiller@budd-larner.com and ssender@budd-larner.com.

2. Attorneys Radin, Miller and Sender are each members in good standing of the respective bars to which they are admitted, as shown in the Declarations attached as Exhibits 1, 2 and 3 respectively.

    a. Attorney Radin is a member in good standing of the Bars of the States of New York and New Jersey and the following federal courts: The United States Supreme Court, the United States Court of Appeals for the Federal Circuit and the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

    b. Attorney Miller is a member in good standing of the Bars of the States of New York and New Jersey and the following federal courts: The United States Courts of Appeals for the Second, Third and Federal Circuits, and the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

    c. Attorney Sender is a member in good standing of the Bars of the State of New York and New Jersey and the following federal courts: The United States Courts of Appeals for the Second and Federal Circuits, and the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

3.  None of the above-named attorneys has been disciplined by this Court or any other Court.

4.  The purpose of this motion is to make it possible for Attorneys Radin, Miller and Sender to represent DRL with respect to the subject matter of the above captioned-action. Attorneys Radin, Miller and Sender have regularly represented the interests of DRL, and seek admission before this court to participate in all aspects of litigation.

**WHEREFORE**, the undersigned respectfully requests this Court enter an Order admitting Bruce D. Radin, Andrew J. Miller and Stuart D. Sender *pro hac vice* to the United States District Court for the District of Columbia.

Dated: November 13, 2006

Respectfully submitted,

/s/
Brian K. McCalmon  (DC Bar No. 461196)
PRESTON GATES ELLIS
  & ROUVELAS MEEDS LLP
1735 New York Avenue, N.W., Suite 500
Washington, DC 20006
Phone: (202) 628-1700
Email: brianm@prestongates.com

Attorney for Proposed Intervenors-Defendants
   Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's
   Laboratories, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APOTEX INC.                                 )
                                            )
      Plaintiff                             )
                                            )
  v.                                        )   Case No. 06-1890 (RMC)
                                            )
FOOD & DRUG ADMINISTRATION, et al,          )   Judge Rosemary M. Collyer
                                            )
      Defendants,                           )
                                            )
  and                                       )
                                            )
DR. REDDY'S LABORATORIES, LTD.,             )
7-1-27 Ameerpet                             )
Hyderabad, 500 016 India                    )
                                            )
  and                                       )
                                            )
DR. REDDY'S LABORATORIES, INC.              )
200 Somerset Corporate Blvd., 7th Floor     )
Bridgewater, New Jersey 08807               )
                                            )
      Proposed Intervenors-Defendants.      )
_____)

**DECLARATION OF ANDREW J. MILLER, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

      **ANDREW J. MILLER, ESQ.**, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am an attorney-at-law and a partner in the law firm of Budd Larner, P.C. with offices located at 150 John F. Kennedy Pkwy, Short Hills, New Jersey 07078-2703. My office phone number is (973) 379-4800.

      2.    I have been a member of the Bars of the states of New York and New Jersey. In addition, I am admitted to practice before the following federal courts: the United States Courts of Appeals for the Second, Third and Federal Circuit and the United

States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

  3. No disciplinary proceedings have been brought against me in any jurisdiction, and I am presently in good standing in every jurisdiction to which I have been admitted.

  4. I have not been admitted to practice *pro hac vice* in this Court in the last two years.

  5. I do not engage in the practice of law from an office located within the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

  6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

  7. My application for leave to practice in this Court is made by motion of Brian K. McCalmon, Esq. of Preston Gates Ellis & Rouvelas Meeds LLP, who is authorized to practice law in the District of Columbia and is a member in good standing of the Bar of this Court.

  8. For the foregoing reasons, I respectfully request that this Court enter the enclosed Order admitting me *pro hac vice* in the above-captioned action.

  I hereby declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

3

Dated: November 13, 2006                     Respectfully submitted,

                                             _____/s/_____
                                             Andrew J. Miller, Esq.
                                             Budd Larner, P.C.
                                             150 John F. Kennedy Pkwy
                                             Short Hills, NJ 07078-2703
                                             Tel: (973) 379-4800
                                             Fax: (973) 379-7734

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
APOTEX INC.                        )
                                   )
        Plaintiff                  )
                                   )
    v.                             )   Case No. 06-1890 (RMC)
                                   )
FOOD & DRUG ADMINISTRATION, et al, )   Judge Rosemary M. Collyer
                                   )
        Defendants,                )
                                   )
    and                            )
                                   )
DR. REDDY'S LABORATORIES, LTD.,    )
7-1-27 Ameerpet                    )
Hyderabad, 500 016 India           )
                                   )
    and                            )
                                   )
DR. REDDY'S LABORATORIES, INC.     )
200 Somerset Corporate Blvd., 7th Floor )
Bridgewater, New Jersey 08807      )
                                   )
        Proposed Intervenors-Defendants. )
_____)

**DECLARATION OF BRUCE D. RADIN, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

   **BRUCE D. RADIN, ESQ.**, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

   1.   I am an attorney-at-law and a partner in the law firm of Budd Larner, P.C. with offices located at 150 John F. Kennedy Pkwy, Short Hills, New Jersey 07078-2703. My office phone number is (973) 379-4800.

   2.   I have been a member of the Bars of the states of New York and New Jersey.  In addition, I am admitted to practice before the following federal courts: the Supreme Court of the United States, the United States Court of Appeals for the Federal

Circuit and the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

  3. No disciplinary proceedings have been brought against me in any jurisdiction, and I am presently in good standing in every jurisdiction to which I have been admitted.

  4. I have not been admitted to practice *pro hac vice* in this Court in the last two years.

  5. I do not engage in the practice of law from an office located within the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

  6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

  7. My application for leave to practice in this Court is made by motion of Brian K. McCalmon, Esq. of Preston Gates Ellis & Rouvelas Meeds LLP, who is authorized to practice law in the District of Columbia and is a member in good standing of the Bar of this Court.

  8. For the foregoing reasons, I respectfully request that this Court enter the enclosed Order admitting me *pro hac vice* in the above-captioned action.

  I hereby declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 13, 2006                    Respectfully submitted,

                                            _____/s/_____
                                            Bruce D. Radin, Esq.
                                            Budd Larner, P.C.
                                            150 John F. Kennedy Pkwy
                                            Short Hills, NJ 07078-2703
                                            Tel: (973) 379-4800
                                            Fax: (973) 379-7734

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APOTEX INC.                                 )
                                            )
        Plaintiff                           )
                                            )
    v.                                      )   Case No. 06-1890 (RMC)
                                            )
FOOD & DRUG ADMINISTRATION, et al,          )   Judge Rosemary M. Collyer
                                            )
        Defendants,                         )
                                            )
    and                                     )
                                            )
DR. REDDY'S LABORATORIES, LTD.,             )
7-1-27 Ameerpet                             )
Hyderabad, 500 016 India                    )
                                            )
    and                                     )
                                            )
DR. REDDY'S LABORATORIES, INC.              )
200 Somerset Corporate Blvd., 7th Floor     )
Bridgewater, New Jersey 08807               )
                                            )
        Proposed Intervenors-Defendants.    )
_____)

**DECLARATION OF STUART D. SENDER, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

   **STUART D. SENDER, ESQ.**, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

   1.   I am an attorney-at-law and a partner in the law firm of Budd Larner, P.C. with offices located at 150 John F. Kennedy Pkwy, Short Hills, New Jersey 07078-2703. My office phone number is (973) 379-4800.

   2.   I have been a member of the Bars of the states of New York and New Jersey. In addition, I am admitted to practice before the following federal courts: the United States Courts of Appeals for the Second and Federal Circuit and the United States

District Courts for the District of New Jersey and the Southern and Eastern Districts of New York.

3. No disciplinary proceedings have been brought against me in any jurisdiction, and I am presently in good standing in every jurisdiction to which I have been admitted.

4. I have not been admitted to practice *pro hac vice* in this Court in the last two years.

5. I do not engage in the practice of law from an office located within the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

7. My application for leave to practice in this Court is made by motion of Brian K. McCalmon, Esq. of Preston Gates Ellis & Rouvelas Meeds LLP, who is authorized to practice law in the District of Columbia and is a member in good standing of the Bar of this Court.

8. For the foregoing reasons, I respectfully request that this Court enter the enclosed Order admitting me *pro hac vice* in the above-captioned action.

I hereby declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 13, 2006                    Respectfully submitted,

                                                                          /s/
                                            Stuart D. Sender, Esq.
                                            Budd Larner, P.C.
                                            150 John F. Kennedy Pkwy
                                            Short Hills, NJ 07078-2703
                                            Tel: (973) 379-4800
                                            Fax: (973) 379-7734

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APOTEX INC.                                 )
                                            )
            Plaintiff                       )
                                            )
    v.                                      )   Case No. 06-1890 (RMC)
                                            )
FOOD & DRUG ADMINISTRATION, et al,          )   Judge Rosemary M. Collyer
                                            )
            Defendants,                     )
                                            )
    and                                     )
                                            )
DR. REDDY'S LABORATORIES, LTD.,             )
7-1-27 Ameerpet                             )
Hyderabad, 500 016 India                    )
                                            )
     and                                    )
                                            )
DR. REDDY'S LABORATORIES, INC.              )
200 Somerset Corporate Blvd., 7th Floor     )
Bridgewater, New Jersey 08807               )
                                            )
            Proposed Intervenors-Defendants.)
_____)

## ORDER GRANTING MOTION FOR
## ADMISSION OF COUNSEL *PRO HAC VICE*

Upon consideration of Brian K. McCalmon's Motion for the Admission of Counsel *Pro Hac Vice* of Bruce D. Radin, Andrew J. Miller and Stuart D. Sender as counsel for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. in the above-captioned matter, it is, this ____ day of November 2006:

ORDERED, that the motion is granted and it is FURTHER ORDERED, that Bruce D. Radin, Andrew J. Miller and Stuart D. Sender of the law firm of Budd Larner, P.C., are admitted to practice before this Court *pro hac vice*.

_____
Judge Rosemary M. Collyer
United States District Court for the District of Columbia