A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Apotex Inc.

      Plaintiff(s)

vs.

Food and Drug Administration, et al.

      Defendant(s)

**APPEARANCE**

CASE NUMBER   06-cv-01890

To the Clerk of this court and all parties of record:

Please enter the appearance of __William A. Rakoczy__ as counsel in this
                       (Attorney's Name)

case for: __Apotex Inc.__
      (Name of party or parties)

11-21-06
Date

489082
BAR IDENTIFICATION

*(signature)*
Signature

William A. Rakoczy
Print Name

6 W. Hubbard St., Ste. 500
Address

Chicago, IL   60610
City     State     Zip Code

(312) 222-6301
Phone Number