UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br>150 Signet Drive<br>Weston, Ontario, Canada<br><br>Plaintiff,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.<br>1100 Orthodox Street<br>Philadelphia, PA 19124<br><br>Plaintiff Intervenor,<br><br>-against-<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of Food and Drugs<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>Defendants. | Case no. 06-1890 (RMC) |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Mutual Pharmaceutical Company, Inc., hereby joins in the motion for a preliminary injunction of plaintiff Apotex Inc. requiring the Food and Drug Administration and its officials to:

a)  set aside the FDA's November 3, 2006 administrative decision, and a nearly identical administrative decision dated November 8, 2006 with respect to Mutual's ANDA No. 76-628 for ondansetron tablets, as arbitrary, capricious and contrary to law;

b)  refrain from awarding any 180-day exclusivity for ondansetron tablet ANDAs; and

c)  approve Mutual's ANDA No. 76-628 upon the expiration of GlaxoSmithKline's pediatric exclusivity on December 24, 2006, or as soon thereafter as FDA determines that the product described in Mutual's ANDA is safe and effective for use as recommended in the submitted labeling.

Mutual adopts as its own the arguments and citation to controlling authorities set forth in the Memorandum in Support of Apotex Inc.'s Motion For Temporary Restraining Order and/or Preliminary Injunction, dated November 6, 2006, and the Reply Memorandum in Support of Apotex Inc.'s Motion for a Preliminary Injunction dated November 27, 2006.

Dated: December 4, 2006                    Respectfully submitted,

                                                        /s/ Jeffrey S. Jacobovitz

Jeffrey S. Jacobovitz (D.C. Bar No # 346569)
SCHIFF HARDIN LLP
1101 Connecticut Avenue, NW Suite 600
Washington, DC  20036-4390
Telephone: (202) 778-6438
Facsimile: (202) 778-6460

*Attorneys for Plaintiff Intervenor*
*Mutual Pharmaceutical Company, Inc.*

Andrew M. Berdon (*Pro Hac Vice* Pending)
QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Of Counsel for Plaintiff Intervenor*
*Mutual Pharmaceutical Company, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br>150 Signet Drive<br>Weston, Ontario, Canada<br><br>   Plaintiff,<br><br>   and<br><br>MUTUAL PHARMACEUTICAL CO., INC.<br>1100 Orthodox Street<br>Philadelphia, PA 19124<br><br>   Plaintiff Intervenor,<br><br>   -against-<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>   and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of Food and Drugs<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>   Defendants. | Case no.  06-1890 (RMC) |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion for a Preliminary Injunction was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"), and I hereby certify

that I have served by Federal Express a copy of each document to each of the following non-CM/ECF participants as indicated on the service list below:

Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20204

Andrew C. Von Eschenbach
Acting Commissioner of Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

Wendy S. Vicente
Food & Drug Division, OGC
5600 Fishers Lane
Rockville MD 20857-0001

Alberto R. Gonzales
Attorney General of the United States of America
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrew E. Clark
Office of Consumer Litigation
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220

*Attorneys for Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
Alice L. Riechers
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610

*Of Counsel for Apotex Inc.*

John L. Longstreth
Brian K. McCalmon
Preston Gates Ellis & Rouvelas Meeds LLP
1735 New York Avenue NW, Suite 500
Washington, DC 20006-5221

*Attorneys for Intervenor Defendants*
*Dr. Reddy's Laboratories, Ltd and*
*Dr. Reddy's Laboratories, Inc.*

Andrew J. Miller
Bruce D. Radin
Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703

*Of Counsel for Intervenor Defendants*
*Dr. Reddy's Laboratories, Ltd and*
*Dr. Reddy's Laboratories, Inc.*

_____
Jeffrey S. Jacobitz

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

APOTEX INC.,
150 Signet Drive
Weston, Ontario, Canada

    Plaintiff,

and

MUTUAL PHARMACEUTICAL CO., INC.
1100 Orthodox Street
Philadelphia, PA 19124

    Plaintiff Intervenor,

    -against-

FOOD AND DRUG ADMINISTRATION
5600 Fishers Lane
Rockville, MD 20857

MICHAEL O. LEAVITT
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

    and

ANDREW VON ESCHENBACH
Acting Commissioner of Food and Drugs
5600 Fishers Lane
Rockville, MD 20857

    Defendants.

Case no. 06-1890 (RMC)

## ORDER

  Upon review of the Motion For A Preliminary Injunction, it is this _____ day of

December, 2006

2

**ORDERED** that the Motion For A Preliminary Injunction is **GRANTED**.

---------------------------------------
Rosemary M. Collyer
United States District Judge

Copies:
All counsel of record