UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br>   Plaintiff,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.<br><br>   Plaintiff Intervenor,<br><br>     v.<br><br>UNITED STATES<br>FOOD AND DRUG ADMINISTRATION<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br><br>and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of the Food and Drug Administration<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:06-cv-1890<br><br>Judge Rosemary M. Collyer |

## MOTION TO ADMIT
## ANDREW M. BERDON TO PROCEED PRO HAC VICE

  I, Jeffrey S. Jacobovitz, an active member in good standing of the Bar of the United States District Court for the District of Columbia, move this Court to admit Andrew M. Berdon, an attorney admitted to practice before the Bars of the State of New York and the U.S. District Courts for the Southern District of New York and Eastern District of New York, but not admitted to the bar of this Court, *pro hac vice,* pursuant to LCvR 83.2(d). Andrew M. Berdon will be counsel for Mutual Pharmaceutical Company, Inc., in the above-captioned case. In support of this Motion, the declaration of Andrew M. Berdon is attached.

60773/2009542.1

WHEREFORE, Jeffrey Jacobovitz respectfully requests that the Court grant this Motion to Admit Andrew M. Berdon to proceed *pro hac vice* and enter an order consistent with the foregoing.

Dated: December 4, 2006

                              Respectfully submitted,

                              By: _____
                              Jeffrey S. Jacobovitz (DC Bar # 346569)
                              SCHIFF HARDIN LLP
                              1101 Connecticut Ave., N.W.
                              Suite 600
                              Washington, DC 20036
                              (202) 778-6400 (telephone)
                              (202) 778-6460 (fax)

CH1\4774077.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br>　　　　Plaintiff,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.<br>　　　　Plaintiff Intervenor,<br><br>　　　　v.<br><br>UNITED STATES<br>FOOD AND DRUG ADMINISTRATION<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br><br>and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of the Food and Drug<br>Administration<br>　　　　Defendants. | Civil Action No. 1:06-cv-1890<br><br>Judge Rosemary M. Collyer |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006 a copy of the foregoing Motion to Proceed *pro hac vice*, Declaration of Andrew M. Berdon, and Proposed Order was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"), and I hereby certify that I have served by Federal Express a copy of each document to each of the following non-CM/ECF participants as indicated on the service list below:

Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC  20204

60773/2009542.1

Andrew C. Von Eschenbach
Acting Commissioner of Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

Wendy S. Vicente
Food & Drug Division, OGC
5600 Fishers Lane
Rockville MD 20857-0001

Alberto R. Gonzales
Attorney General of the United States of America
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrew E. Clark
Office of Consumer Litigation
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Arthur Y. Tsien
Olsson, Frank and Weeda, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220

*Attorneys for Apotex Inc.*


William A. Rakoczy
Christine J. Siwik
Alice L. Riechers
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610

*Of Counsel for Apotex Inc.*

John L. Longstreth
Brian K. McCalmon
Preston Gates Ellis & Rouvelas Meeds LLP
1735 New York Avenue NW, Suite 500
Washington, DC 20006-5221

*Attorneys for Intervenor Defendants
Dr. Reddy's Laboratories, Ltd and
Dr. Reddy's Laboratories, Inc.*

Andrew J. Miller
Bruce D. Radin
Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703

*Of Counsel for Intervenor Defendants
Dr. Reddy's Laboratories, Ltd and
Dr. Reddy's Laboratories, Inc.*

/s/ Jeffrey S. Jacobovitz
_____
Jeffrey S. Jacobovitz (DC Bar # 346569)
SCHIFF HARDIN LLP
1101 Connecticut Ave., N.W.
Suite 600
Washington, DC 20036
(202) 778-6400 (telephone)
(202) 778-6460 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., | ) |
|     Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| MUTUAL PHARMACEUTICAL CO., INC. | ) |
| | ) |
|     Plaintiff Intervenor, | ) |
| | )   Civil Action No. 1:06-cv-1890 |
|     v. | ) |
| UNITED STATES | )   Judge Rosemary M. Collyer |
| FOOD AND DRUG ADMINISTRATION | ) |
| | ) |
| MICHAEL O. LEAVITT | ) |
| Secretary of Health and Human Services | ) |
| | ) |
| and | ) |
| | ) |
| ANDREW VON ESCHENBACH | ) |
| Acting Commissioner of the Food and Drug | ) |
| Administration | ) |
| | ) |
|     Defendants. | ) |

**DECLARATION OF ANDREW M. BERDON**

I, Andrew Mark Berdon, hereby declare as follows:

1.   I am a partner in the New York City office of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, whose office address is 51 Madison Avenue, New York, New York 10010. I am lead counsel to Mutual Pharmaceutical Company, Inc., an Intervenor-Plaintiff in this action. Neither I nor my law firm maintain an office in the District of Columbia.

2.   I obtained a Bachelor of Arts in Political Science from the University of Rochester in 1984. I obtained a Juris Doctorate degree from Albany Law School of Union University in 1987. I am currently a member in good standing of the bars of the State of New

York and the U.S. District Courts for the Southern District of New York and the Eastern District of New York, and was first admitted to practice in 1988.

3.  No disciplinary proceedings are presently pending, or have ever been instituted, against me.

4.  I have previously been admitted *pro hac vice* in this Court once in the last two years.

5.  I have read the Local Rules for practice in the United States District Court for the District of Columbia, and I agree to abide by them.

I declare under the penalties of perjury that the foregoing is true and correct.

December 4, 2006

Andrew M. Berdon

DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.,<br>　　　　　Plaintiff,<br><br>　　　and<br><br>MUTUAL PHARMACEUTICAL CO., INC.<br><br>　　　　　Plaintiff Intervenor,<br><br>　　　v.<br>UNITED STATES<br>FOOD AND DRUG ADMINISTRATION<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br><br>　　　and<br><br>ANDREW VON ESCHENBACH<br>Acting Commissioner of the Food and Drug<br>Administration<br><br>　　　　　Defendants. | Civil Action No. 1:06-cv-1890<br><br>Judge Rosemary M. Collyer |

## ORDER

Upon a review of the Motion to Admit Andrew M. Berdon to proceed *pro hac vice*, his attached declaration, and the entire record in this case, it is this ____ day of December, 2006

**ORDERED** that the Motion to Proceed *pro hac vice* is **GRANTED**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　United States District Judge

60773/2009542.1