**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. | ) <br> ) <br> ) |
| Plaintiff, and | ) <br> ) |
| MUTUAL PHARMACEUTICAL CO., INC., | ) Case No. 06-1890 (RMC) <br> ) |
| Intervenor-Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| FOOD AND DRUG ADMINISTRATION, *et al.* | ) <br> ) |
| Defendants, and | ) <br> ) |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) <br> ) |
| Intervenor-Defendants. | ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that Apotex Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order in this action entered December 7, 2006, which denied Apotex's motion for a temporary restraining order and preliminary injunction, and from all interlocutory and other orders entered prior to entry of such order.  Pursuant to 28 U.S.C. § 1657(a), the Court is required to expedite the consideration of this action for temporary restraining order and preliminary injunction.

Dated: December 8, 2006.                    Respectfully submitted,

                                            APOTEX INC.

                                  By:  _____/s/_____
                                            Arthur Y. Tsien, D.C. Bar No. 411579
                                            OLSSON, FRANK AND WEEDA, P.C.
                                            1400 16th Street, N.W., Suite 400
                                            Washington, D.C. 20036-2220
                                            (202) 789-1212
                                            (202) 234-3550 (facsimile)

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

       I, Arthur Y. Tsien, HEREBY CERTIFY that on this 8th day of December, 2006, a true and correct copy of the foregoing NOTICE OF APPEAL was served via ECF filing and electronic mail upon the following counsel:

Andrew E. Clark
U.S. Department of Justice,
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., NW
Washington, D.C. 20004

*Counsel for the Federal Defendants*

John Longstreth
Brian K. McCalmon
PRESTON GATES ELLIS & ROUVELAS
   MEEDS LLP
1735 New York Avenue, N.W., Suite 500
Washington, DC 20006-5209

Andrew J. Miller
Stuart Sender
Bruce D. Radin
BUDD LARNER P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-2703

*Counsel for Intervenor-Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Andrew M. Berdon
QUINN EMANUEL URQUHART OLIVER
   & HEDGES, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

D. Christopher Ohly
Jeffrey s. Jacobovitz
SCHIFF HARDIN, LLP
1101 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

*Counsel for Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.*

 

                                                 /s/
                                              Arthur Y. Tsien
                                              *Counsel for Apotex Inc.*