UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>*et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>DR. REDDY'S LABORATORIES, LTD. )<br>*et al.*, )<br>)<br>Intervenors-Defendants. )<br>) | Civil Action No. 06-1890 (RMC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants, having consulted with and obtained the consent of Plaintiff Apotex Inc., hereby move to extend the deadline for answering Plaintiff's Complaint as follows:

1. Plaintiff Apotex Inc. has appealed this Court's December 7, 2006, denial of its motion for preliminary injunction.

2. The appeal is currently pending in the United States Court of Appeals for the District Columbia Circuit and is awaiting briefing.

3. Plaintiff has no objection to the deferral of Defendants' and Intervenors-Defendants' answers to Plaintiff's Complaint until after disposition of the pending appeal.

4. Defendants and Intervenors-Defendants shall answer or otherwise respond to Plaintiff Apotex Inc.'s Complaint within twenty (20) days after disposition of the pending appeal. A proposed order is attached.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | PETER D. KEISLER<br>*Assistant Attorney General* |
| DANIEL MERON<br>*General Counsel* | EUGENE M. THIROLF<br>*Director*<br>*Office of Consumer Litigation* |
| SHELDON T. BRADSHAW<br>*Associate General Counsel*<br>*Food and Drug Division* | |
| ERIC M. BLUMBERG<br>*Deputy Chief Counsel, Litigation* | _____/s/_____<br>ANDREW E. CLARK |
| WENDY S. VICENTE<br>*Associate Chief Counsel*<br>*United States Department of*<br>  *Health and Human Services*<br>*Office of the General Counsel*<br>*5600 Fishers Lane*<br>*Rockville, MD  20857* | *Attorney*<br>*Office of Consumer Litigation*<br>*Civil Division, U.S. Department of Justice*<br>*P.O. Box 386*<br>*Washington, D.C. 20044*<br>*Tel:  (202) 307-0067*<br>*Fax: (202) 514-8742*<br>andrew.clark@usdoj.gov |

Dated: December 20, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Consent Motion for Extension of Time to Answer to be served via the District Court's Electronic Filing System (ECF) upon:

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, NW, Suite 400
Washington, D.C.  20036-2220
*Counsel for Plaintiff Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Plaintiff Apotex Inc.*

John Longstreth
Brian K. McCalmon
PRESTON GATES ELLIS & ROUVELAS MEEDS LLP
1735 New York Avenue, N.W.
Suite 500
Washington, DC 20006-5209
*Counsel for Intervenors-Defendants Dr. Reddy's Laboratories, Ltd. et al.*

Andrew J. Miller
Stuart Sender
Bruce D. Radin
BUDD LARNER P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Counsel for Intervenors-Defendants Dr. Reddy's Laboratories, Ltd. et al.*

D. Christopher Ohly
Jeffrey S. Jacobovitz
SCHIFF HARDIN LLP
1666 K Street, N.W.
Suite 300
Washington, D.C. 20006-1200
*Counsel for Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.*

Andrew Berdon
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Counsel for Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.*

this 20th day of December, 2006.

                                                    /s/
                                       Andrew E. Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1890 (RMC) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. ) | |
| *et al.*, ) | |
| ) | |
| Intervenors-Defendants. ) | |

**[PROPOSED] ORDER**

The parties having agreed that the Defendants and Intervenors-Defendants may defer answering Plaintiff's Complaint until after disposition of the pending appeal of this Court's denial of Plaintiff's motion for preliminary injunction, it is THEREFORE

ORDERED that Defendants and Intervenors-Defendants shall answer or otherwise respond to plaintiff's Complaint within twenty (20) days of disposition of the pending appeal.

Dated: _____     _____
The Honorable Rosemary M. Collyer
United States District Judge