**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOTEX INC. )<br>)<br>Plaintiff )<br>)<br>and )<br>)<br>MUTUAL PHARMACEUTICAL CO., INC. )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>FOOD & DRUG ADMINISTRATION, et al, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>DR. REDDY'S LABORATORIES, LTD., )<br>)<br>and )<br>)<br>DR. REDDY'S LABORATORIES, INC. )<br>)<br>Intervenors-Defendants. )<br>) | Case No. 06-1890 (RMC) |

To:     The Clerk of the Court

And to:  The Plaintiffs and their Counsel of Record

Please take notice that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP and of Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP and in connection with which the law firm of Preston Gates & Ellis LLP has ceased to exist.

NOTICE OF SUBSTITUTION OF
COUNSEL - 1

Case No. 06-1890 (RMC)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1735 New York Ave., NW
SUITE 500
WASHINGTON, D.C. 20006
TELEPHONE: (202) 661-1700
FACSIMILE: (202) 331-1024

Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for Preston Gates & Ellis LLP as counsel for the Intervenors-Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. There is no change in address or in the attorney(s) assigned to handle the matter.

DATED this 18th day of January, 2007.

          KIRKPATRICK & LOCKHART
          PRESTON GATES ELLIS LLP

By   /s_____
Brian K. McCalmon,
1735 New York Ave, NW
Suite 500
Washington, D.C. 20006
Brian.McCalmon@klgates.com

John Longstreth
1735 New York Ave, NW
Suite 500
Washington, D.C. 20006
Brian.McCalmon@klgates.com

NOTICE OF SUBSTITUTION OF
COUNSEL - 2

Case No. 06-1890 (RMC)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1735 New York Ave., NW
SUITE 500
WASHINGTON, D.C. 20006
TELEPHONE: (202) 661-1700
FACSIMILE: (202) 331-1024