UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., | ) |
|       Plaintiff, | ) |
| and | ) |
| MUTUAL PHARMACEUTICAL CO., INC. | ) |
|       Intervenor-Plaintiff, | ) |
| v. | ) Civil Action No. 06-1890 (RMC) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) |
|       Defendants, | ) |
| and | ) |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) |
|       Intervenors-Defendants. | ) |

**STIPULATION OF DISMISSAL**

WHEREAS, pursuant to the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.*, the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202, Apotex Inc. ("Apotex") filed the instant action against the Food and Drug Administration, Michael O. Leavitt, and Andrew von Eschenbach (collectively, "FDA") on November 6, 2006. Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. subsequently intervened as defendants. Mutual Pharmaceutical Co., Inc. also intervened as a plaintiff.

WHEREAS, Apotex has conferred with counsel for all parties who have appeared in this action, as required under Rule 41(a)(1)(ii), FED. R. CIV. P., who hereby give their written

consent to the instant dismissal of this action as set forth below.

NOW THEREFORE, pursuant to Rule 41(a)(1)(ii), FED. R. CIV. P., the parties hereby stipulate and agree to the voluntary dismissal of all claims regarding ondansetron hydrochloride tablets, 4 mg and 8 mg, with prejudice, without costs to any party.

Dated: February 28, 2007

| APOTEX INC. | FOOD AND DRUG ADMINISTRATION, MICHAEL O. LEAVITT and ANDREW VON ESCHENBACH |
|---|---|
| By:  /s/ Arthur Y. Tsien<br>William A. Rakoczy, D.C. Bar No. 489082<br>Christine J. Siwik<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60610<br>(312) 222-6301<br>(312) 222-6321 (facsimile)<br><br>Arthur Y. Tsien, D.C. Bar No. 411579<br>OLSSON, FRANK AND WEEDA, P.C.<br>1400 16th Street, N.W., Suite 400<br>Washington, D.C. 20036-2220<br>(202) 789-1212<br>(202) 234-3550 (facsimile)<br><br>*Counsel for Plaintiff Apotex Inc.* | By:  /s/ Andrew E. Clark<br>Andrew E. Clark<br>U.S. Department of Justice,<br>Office of Consumer Litigation<br>Room 950 North<br>1331 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br><br>*Counsel for the Federal Defendants* |

| DR. REDDY'S LABORATORIES ET AL. | MUTUAL PHARMACEUTICAL CO., INC. |
|---|---|
| By: _/s/ Stuart Sender_<br>Stuart Sender<br>BUDD LARNER P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br><br>*Counsel for Intervenors-Defendants*<br>*Dr. Reddy's Laboratories, Ltd. et al.* | By: _/s/ Andrew Berdon_<br>Andrew Berdon<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br><br>*Counsel for Intervenor-Plaintiff*<br>*Mutual Pharmaceutical Co., Inc.* |